ROSE FAMIANO, as Administratrix, etc., of ALESSANDRO FAMIANO, Deceased, Respondent, v. EMELY BOTTIERI, Appellant.— Appeal from a judgment of foreclosure and sale entered upon a decision of the court, after a trial without a jury in the Supreme [County] Court, Schenectady County, on December 22, 1938. The defense was usury. Judgment unanimously affirmed, with costs. [See *post*, p. 797.] Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

THOR M. ANDERSON, Appellant, v. AUBREY DODDS and HAROLD DODDS, Respondents.— This is an appeal from a judgment of the Supreme Court, St. Lawrence county, dismissing the complaint of the plaintiff, entered upon a verdict of no cause of action rendered by a jury. The plaintiff sought to recover for personal injuries alleged to have been sustained as the result of an accident which occurred on the 6th day of November, 1937. The sole contention of the plaintiff upon this appeal is that the verdict was against the weight of evidence. The litigation involved sharp, fully litigated issues of fact as to the negligence of the defendants and the contributory negligence of the plaintiffs, and the verdict of the jury of no cause of action was amply supported by the evidence. The judgment from which this appeal is taken should be affirmed. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

CARMELLA CUCHIARIA, Appellant, v. J. C. PENNEY COMPANY, Respondent. MATTEO CUCHIARIA, Appellant, v. J. C. PENNEY COMPANY, Respondent.— Judgment and order in the action of Carmella Cuchiaria v. J. C. Penney Company reversed on the law and new trial granted, with costs, unless within ten days after the service of the order to be entered hereon, with notice of entry, the respondent shall stipulate to increase the verdict to the sum of $2,000, and shall file such stipulation in the office of the clerk; in which event the judgment is so modified, and as so modified affirmed. Judgment and order in the action of Matteo Cuchiaria v. J. C. Penney Company affirmed. Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ., concur.